COLLETTE R. GREINER, Appellant, *v.* CITY OF SYRACUSE, Respondent.

F. EARLE GREINER, Appellant, *v.* CITY OF SYRACUSE, Respondent.

PASQUALE CEFALO, an Infant, by LAURA C. MARIZIO, His Guardian ad Litem, Appellant, *v.* CITY OF SYRACUSE, Respondent.

LAURA C. MARIZIO, Appellant, *v.* CITY OF SYRACUSE, Respondent.

(Argued June 2, 1931; decided June 16, 1931.)

*R. J. Shanahan* for appellants.

*Frank P. Malpass, Corporation Counsel (James C. Tormey* of counsel), for respondent.

In each action order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.